# Exhibit A

Message

| | |
|---|---|
| **From**: | Nikhil Hunshikatti [NHunshikatti@dispatch.com] |
| on behalf of | Nikhil Hunshikatti <NHunshikatti@dispatch.com> [NHunshikatti@dispatch.com] |
| **Sent**: | 10/20/2015 3:02:57 PM |
| **To**: | Paul Felicissimo [PFelicissimo@gatehousemedia.com] |
| **Subject**: | FW: "Premium Edition Fee" |

Ouch :-(

We will not charge this subscriber.

Thanks,
Nikhil Hunshikatti

Vice President, Marketing
The Columbus Dispatch

-----Original Message-----
From: Circ Support
Sent: Tuesday, October 20, 2015 8:44 AM
To: Nikhil Hunshikatti
Subject: FW: "Premium Edition Fee"

Circ. Support
The Columbus Dispatch

Sent: Monday, October 19, 2015 8:33 PM
To: Circ Support
Subject: "Premium Edition Fee"

To Gatehouse Media Group,

So this is how it is going to be now that you have purchased the Dispatch?

You sell TONS of Black Friday ads for the "Premium Edition" Thanksgiving
Paper...and have the nerve to want to CHARGE me an EXTRA $2 for this
edition? You have GOT to be kidding me!!!! Where do you get off thinking
this is acceptable? If you are trying your best to run the damn paper
into bankruptcy...this will be a good start. What a shame the paper was
sold to you greedy bastards.

"Media that inspires" eh?....Inspires me to want to cancel my subscription
after almost 25 years. ....this is ludicrous!

You need to provide an option for, as your letter called us..."loyal
subscribers" to opt out of these 6 premium editions. Hell you can keep
the damn six editions..I can skip 6 days of the newspaper...but I sure as
hell don't want to pay $2 each for them. The money here is not the
issue..it is the principal. You are CHARGING companies to put their ADS
into your PAPER...why should I pay you MORE because of that? Sounds like
double dipping to me.

Can you tell I am mad?

Feel free to tell Nikhil Hunskikatti that I said to take his six premium
editions and shove them where the sun doesn't shine. Feel free to have
him call me and I will tell him the same thing on the phone.

Disrespectfully,

GAT02_00020626

Confidential

# Exhibit B

| | |
|---|---|
| **From:** | jackson, brenda <bjackson@dispatch.com> |
| **Sent:** | Wednesday, May 24, 2017 10:31 PM |
| **To:** | Alan Miller |
| **Subject:** | Re: question on the "extras" |

I get that. You get that. But it's hard to tell some 75-year-old guy "you're keeping me employed" or "read the fine print on page A4 and you'll see that we are allowed to do this 10 times a year." Yes, I think they very much value the content - that's why they continue to get the paper and they often have told me so. Some have written Letters to the Editor to say so. Our neighborhood, being so close to OSU, is filled with retired professors and such - an educated bunch, so their paper is important to them.

But I'm sure they have never read that fine print - I"m sure they can't even see it. I'm sure they aren't freaked about $3. it's just receiving something and being charged for it when they didn't ask for it. Some were even under the impression that's illegal (though now that I"ve read the fine print on A4, I see they agreed to that when they subscribed - they just didn't know they agreed to it)

Was just looking for the correct info and trying to find a polite way to say it to them because I know I'll hear this again next week.

thank you

On Wed, May 24, 2017 at 10:18 PM, Alan Miller <amiller@dispatch.com> wrote:
It's $3 for God's sake. If they don't value the content, which is worth more than that, do they value the paper? Because those premiums are helping keep us in business.

On Wed, May 24, 2017 at 10:09 PM jackson, brenda <bjackson@dispatch.com> wrote:
Ok. What's the polite answer to a person who says, "but I'm being charged for something that I didn't ask for." These are a few neighbors who are daily subscribers. They want the paper but not the magazine inside - so they're being forced to pay for something they didn't ask for - at least that's what they're telling me

On Wed, May 24, 2017 at 9:55 PM, Alan Miller <amiller@dispatch.com> wrote:
It's a premium edition, and they are being charged for it. It's spelled out in the reader services box on A4.

On Wed, May 24, 2017 at 9:48 PM jackson, brenda <bjackson@dispatch.com> wrote:
Hey there Alan:

1

GAT02_00034403

I had sent you an email about this a while ago but it's probably lost in the zillion you no doubt get every day.

Anyway, I see that we'll be giving subscribers another special insert in the paper next week and I'd like to have a correct answer for my neighbors who keep asking me about these: They are telling me that they are being charged for these extras. (and they're very upset about paying extra for something they didn't ask for)

I have told them I'm certain that's not the case - that the extras are just to expose our subscribers to our other products for free.

I'm correct right? They are claiming it's on their bill as an extra cost. If that's the case, should they call customer service to get it corrected?

thanks
Brenda

This message may contain confidential and/or privileged information. If you are not the intended recipient or authorized to receive this for the intended recipient, you must not use, copy, disclose or take any action based on this message or any information herein. If you have received this message in error, please advise the sender immediately by sending a reply e-mail and delete this message. Thank you for your cooperation.

--
Alan D. Miller Editor The Columbus Dispatch www.dispatch.com @dispatcheditor

This message may contain confidential and/or privileged information. If you are not the intended recipient or authorized to receive this for the intended recipient, you must not use, copy, disclose or take any action based on this message or any information herein. If you have received this message in error, please advise the sender immediately by sending a reply e-mail and delete this message. Thank you for your cooperation.

This message may contain confidential and/or privileged information. If you are not the intended recipient or authorized to receive this for the intended recipient, you must not use, copy, disclose or take any action based on this message or any information herein. If you have received this message in error, please advise the sender immediately by sending a reply e-mail and delete this message. Thank you for your cooperation.

--
Alan D. Miller Editor The Columbus Dispatch www.dispatch.com @dispatcheditor

This message may contain confidential and/or privileged information. If you are not the intended recipient or authorized to receive this for the intended recipient, you must not use, copy, disclose or take any action based on this message or any information herein. If you have received this message in error, please advise the sender immediately by sending a reply e-mail and delete this message. Thank you for your cooperation.

This message may contain confidential and/or privileged information. If you are not the intended recipient or authorized to receive this for the intended recipient, you must not use, copy, disclose or take any action based on this message or any information herein. If you have received this message in error, please advise the sender immediately by sending a reply e-mail and delete this message. Thank you for your cooperation.

Confidential

GAT02_00034404

# Exhibit C

Message

| | |
|---|---|
| **From**: | Roth, Rebecca [rroth@gatehousemedia.com] |
| **on behalf of** | Roth, Rebecca <rroth@gatehousemedia.com> [rroth@gatehousemedia.com] |
| **Sent**: | 3/14/2018 10:04:59 AM |
| **To**: | Greg Freiberg [gfreiberg@fortress.com] |
| **Subject**: | Quick note on premium editions |

Just as an fyi, in an ideal world, we would move away from premiums almost completely... however, they are a bit like a drug. Hard to lose/make-up the revenue.

Consumers hate the 'incremental' charge -- which really means they get fewer issues than what they they signed up for at their subscription price. It's a bit bait and switch (if you don't read the fine print). --B

--
**Rebecca Roth**
GateHouse Media
Vice President/Strategy and Planning
(o) 781-433-6840
rroth@gatehousemedia.com

Confidential

# Exhibit D

| | |
|---|---|
| **From:** | Graves, Holly <hgraves@gatehousemedia.com> |
| **Sent:** | Friday, February 15, 2019 12:31 PM |
| **To:** | Haenel, Lon |
| **Cc:** | Alan Miller; Lee Knapp; Brad Harmon; Saurer, Robert |
| **Subject:** | Re: FYI - Facebook post about Dispatch subscriptions and "Premiums" |

RDI is aware of the premium edition process and has a very firm grasp on the scripting. I have checked every name listed and the folks that are active, have been excluded for several years. ▮▮▮▮▮▮▮▮ was stopped due to nonpayment. The agent started the account per his request. I pulled the call and the premium editions were discussed. He was informed that he could excluded, but the premium would still be delivered, at no charge to him. He was also given credit for the previous premium editions as a courtesy.

The confusion on the 'lump it or leave it' could be back when the premiums were still delivered, even to the exclusions. They received the product but were not charged.

Thank you,

Holly Graves
Customer Care Manager
GateHouse Media
Office:614-883-4934



On Fri, Feb 15, 2019 at 11:05 AM Haenel, Lon <lhaenel@gatehousemedia.com> wrote:
Adding Lee and Holly.

Holly- can you get with RDI and alert them? I know their scripts allow for removing premiums from a subscription. Might it be a rogue agent?

Thanks,

Lon Haenel
Executive Director of Consumer Marketing
Columbus Dispatch
Gatehouse Media

On Fri, Feb 15, 2019 at 10:32 AM Alan Miller <amiller@dispatch.com> wrote:

1

GAT02_00022831

See below for a glimpse of how we are viewed by customers on social media....

I'm troubled by all of this, but particularly the comments from ███████████████ who both insist that they were told they couldn't opt out of the premiums.

Can we please stop shortening people's subscriptions to pay for premiums? Customers view it as fraud when we tell them they are ordering the paper for a specific period of time and then they don't get it for that full period of time.

As some Reader Advisory Board members have told me: If another business in town operated that way, The Dispatch would write about it. And they are not wrong about that.

Alan


Alan D. Miller
Editor
**The Columbus Dispatch**
62 E. Broad St.
Columbus, Ohio 43216
Breaking news at www.dispatch.com
@dispatcheditor @amiller78


1 hr


Turns out a year isn't a year to Gatehouse Media, the current owners of The Columbus Dispatch. I paid for a 1-year subscription in August, only to have delivery cease in February because of non-payment. I had to subscribe to another "year" to get my paper restarted. In addition to the paper Gatehouse makes you pay for a $5 puzzle booklet each month. No you can't subscribe to just the paper and yes The Dispatch is going to bill you again for another "year" in a few months. Sad to see the paper's new owners behave this way.

2



[33](#)
[9 Comments](#)
[Like](#)
[Comment](#)
[Share](#)

Comments



███████████████████████ Yes, that is why we quit the newspaper.

[1](#)

- [Like](#)

  -
  - · [Reply](#)
  - · [1h](#)



████████████ It is ridiculous.

- [Like](#)

  -
  - · [Reply](#)
  - · [55m](#)



██████████████████ That happened to me last year. I opted out of the $5 extras for this year. Every time one appears in my paper, I call to make sure that I'm still out. (You and I know the system can't be that customer-specific.) We'll see what happens at renewal time.

3

GAT02_00022833

- **Like**

- · **Reply**
- · **41m**

                 Good luck. I asked to drop the booklets and was told they won't do that. Lump it or leave it.

- **Like**

   - 
      - ○
         - · **Reply**
         - · **23m**

                Sad to see what "Ohio's Greatest" has become.

- **Like**

   - 
      - ○ · **Reply**
      - ○ · **22m**

                  It's a scam. They did that to me last year. Ask to talk to a supervisor. I told them I didn't want the extras. They said they can't take it out. I said I didn't want to-pay for something don't read. They fixed it

   <u>1</u>

- **Like**

   - 
      - ○ · **Reply**
      - ○ · **20m**

                     As a person still employed there, this situation makes me so sad and I wish I had the power to fix it. I also tried to quit the "extras" and couldn't. But I hear of others, like some here, who had success. Must be which boss you get. If you email me your address to
                   I will email you the names of 2 bosses in circulation when I get to work later today. (I'm home right now and don't have here) maybe if you reach out to them, it can be fixed

   - 
      - ○ **Like**

4

GAT02_00022834



- ○ · Reply
- ○ · 12m

•

Thanks          I'll email you. I don't want the puzzle booklets, but mostly what I object to is the fake length of service. Bill me for an actual year and I'll pay for an actual year. Don't tell me that it's a year when it isn't.

- Like

  •
  - ○ · Reply
  - ○ · 7m
- •

GateHouse is not a newspaper business. They're takeover artists.

This message may contain confidential and/or privileged information. If you are not the intended recipient or authorized to receive this for the intended recipient, you must not use, copy, disclose or take any action based on this message or any information herein. If you have received this message in error, please advise the sender immediately by sending a reply e-mail and delete this message. Thank you for your cooperation.

This message may contain confidential and/or privileged information. If you are not the intended recipient or authorized to receive this for the intended recipient, you must not use, copy, disclose or take any action based on this message or any information herein. If you have received this message in error, please advise the sender immediately by sending a reply e-mail and delete this message. Thank you for your cooperation.

This message may contain confidential and/or privileged information. If you are not the intended recipient or authorized to receive this for the intended recipient, you must not use, copy, disclose or take any action based on this message or any information herein. If you have received this message in error, please advise the sender immediately by sending a reply e-mail and delete this message. Thank you for your cooperation.

Confidential

GAT02_00022835

# Exhibit E

**From:** Saurer, Robert <rsaurer@gatehousemedia.com>
**Sent:** Thursday, January 17, 2019 9:41 AM
**To:** Hodges, Jean
**Subject:** Re: Customer Care Update

rebooked if you can make that work. i moved some stuff.

On Thu, Jan 17, 2019 at 9:36 AM Saurer, Robert <rsaurer@gatehousemedia.com> wrote:
what times do you have?

On Thu, Jan 17, 2019 at 9:32 AM Hodges, Jean <jhodges@gatehousemedia.com> wrote:
I'm giving a webinar for Online Media Campus at that time. We can try to work it out via email. I'll send some questions based on your answers as soon as I can.

**Jean Hodges**
Senior Director of Content
GateHouse Media News & Interactive Division
(630) 956-8834
jhodges@gatehousemedia.com
@jeanhodges

On Thu, Jan 17, 2019 at 7:47 AM Saurer, Robert <rsaurer@gatehousemedia.com> wrote:
I booked the only 30 mins I have...can you make that work?

On Thu, Jan 17, 2019 at 8:02 AM Jean Hodges <jhodges@gatehousemedia.com> wrote:
Do you have time today?

Jean Hodges
Senior Director of Content
GateHouse Media
630.956.8834
Twitter: @jeanhodges

On Jan 16, 2019, at 12:58 PM, Saurer, Robert <rsaurer@gatehousemedia.com> wrote:

See my answers. Maybe a quick call?



1



3. One digital editor said the call center gave the complaining customer a newsroom number, and they've done that more than once.

4.

5. We've had a lot of concern from our editors about Premium Editions and the amount we are charging people. They are fielding complaints about this. The cost is sometimes $9 or $12 per edition. Some of the digital editors have ethical concerns because of the high cost of the editions and the fact that people's subscriptions are cut short. Some of the deals we run also mean people don't get many editions of the newspaper because of the high cost of premiums.

6.

7. Even in the Top 16, we hear that it takes a couple of weeks on Social Studio to get a response or there's no response at all.

8.

2

Confidential

Thanks again for your help.

On Wed, Jan 16, 2019 at 12:35 PM Hodges, Jean <jhodges@gatehousemedia.com> wrote:
Hi, Robert. Thanks for sending this for feedback. I'm comparing it to the complaints I heard, and I have a few questions that aren't addressed (not your fault because you don't have all of the info I heard).

3. One digital editor said the call center gave the complaining customer a newsroom number, and they've done that more than once.

5. We've had a lot of concern from our editors about Premium Editions and the amount we are charging people. They are fielding complaints about this. The cost is sometimes $9 or $12 per edition. Some of the digital editors have ethical concerns because of the high cost of the editions and the fact that people's subscriptions are cut short. Some of the deals we run also mean people don't get many editions of the newspaper because of the high cost of premiums.

7. Even in the Top 16, we hear that it takes a couple of weeks on Social Studio to get a response or there's no response at all.

Thanks again for your help.

3

Confidential

Jean

**Jean Hodges**
Senior Director of Content
GateHouse Media News & Interactive Division
(630) 956-8834
jhodges@gatehousemedia.com
@jeanhodges

On Wed, Jan 16, 2019 at 9:59 AM Saurer, Robert <rsaurer@gatehousemedia.com> wrote:
Jean,



4

GAT02_00036168

--
**Robert Saurer**
*GateHouse Media*
Vice President
Marketing Transformation & Innovation
*Work 617-786-7378*
*Mobile 617-898-8992*

This message may contain confidential and/or privileged information. If you are not the intended recipient or authorized to receive this for the intended recipient, you must not use, copy, disclose or take any action based on this message or any information herein. If you have received this message in error, please advise the sender immediately by sending a reply e-mail and delete this message. Thank you for your cooperation.

This message may contain confidential and/or privileged information. If you are not the intended recipient or authorized to receive this for the intended recipient, you must not use, copy, disclose or take any action based on this message or any information herein. If you have received this message in error, please advise the sender immediately by sending a reply e-mail and delete this message. Thank you for your cooperation.

--
**Robert Saurer**
*GateHouse Media*
Vice President
Marketing Transformation & Innovation
*Work 617-786-7378*
*Mobile 617-898-8992*

This message may contain confidential and/or privileged information. If you are not the intended recipient or authorized to receive this for the intended recipient, you must not use, copy, disclose or take any action based on this message or any information herein. If you have received this message in error, please advise the sender immediately by sending a reply e-mail and delete this message. Thank you for your cooperation.

This message may contain confidential and/or privileged information. If you are not the intended recipient or authorized to receive this for the intended recipient, you must not use, copy, disclose or take any action based on this message or any information herein. If you have received this message in error, please advise the sender immediately by sending a reply e-mail and delete this message. Thank you for your cooperation.

--
**Robert Saurer**
*GateHouse Media*
Vice President
Marketing Transformation & Innovation
*Work 617-786-7378*
*Mobile 617-898-8992*

This message may contain confidential and/or privileged information. If you are not the intended recipient or authorized to receive this for the intended recipient, you must not use, copy, disclose or take any action based on this message or any information herein. If you have received this message in error, please advise the sender immediately by sending a reply e-mail and delete this message. Thank you for your cooperation.

Confidential

This message may contain confidential and/or privileged information. If you are not the intended recipient or authorized to receive this for the intended recipient, you must not use, copy, disclose or take any action based on this message or any information herein. If you have received this message in error, please advise the sender immediately by sending a reply e-mail and delete this message. Thank you for your cooperation.

--
**Robert Saurer**
*GateHouse Media*
Vice President
Marketing Transformation & Innovation
*Work 617-786-7378*
*Mobile 617-898-8992*


--
**Robert Saurer**
*GateHouse Media*
Vice President
Marketing Transformation & Innovation
*Work 617-786-7378*
*Mobile 617-898-8992*

6

GAT02_00036170

# Exhibit F

**From:**     Zbiegien Jr., Michael J.
**To:**       Todd Neuman
**Cc:**       Rick Ashton; Jeff Corcoran; Larsen, Lynn Rowe; Abrams, James D.; Bryan, Daniel H.
**Subject:**  RE: Depositions
**Date:**     Friday, July 16, 2021 12:25:48 PM

Todd,

At the end of the deposition, you said you wanted to schedule the 30(b)(6) deposition in October, not August.  In any event, without topics, we can't really discuss scheduling and due to trial schedules on our team, August is going to be difficult.

We will let you know if we are representing Mr. Haenel.

Mike

# Taft /

**Michael J. Zbiegien Jr.**
Partner
mzbiegien@taftlaw.com
Dir: 216.706.3962   |   Cell: 216.375.8421
Tel: 216.241.2838   |   Fax: 216.241.3707
200 Public Square, Suite 3500
Cleveland, Ohio 44114-2302

**taftlaw.com**

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

**From:** Todd Neuman <neuman@aksnlaw.com>
**Sent:** Thursday, July 15, 2021 6:56 PM
**To:** Zbiegien Jr., Michael J. <mzbiegien@taftlaw.com>
**Cc:** Rick Ashton <ashton@asnalaw.com>; Jeff Corcoran <corcoran@asnalaw.com>
**Subject:** Depositions

[EXTERNAL MESSAGE]
Mike,

I am following up on our conversation at the end of the deposition today.  I advised that I will be sending over in the near future a notice for a company representative's deposition for the defendant and that I am requesting that we schedule that deposition in Aug.  I also advised that I want to then take Lon Haenel's deposition next in Sept.  You indicated you presently don't represent him.  Let me know in the next week if you are representing him.

**ALLEN STOVALL NEUMAN & ASHTON LLP**

— ATTORNEYS —

**TODD NEUMAN**

17 South High Street
Suite 1220
Columbus, OH 43215
O: (614) 221-8500
F:  (614) 221-5988

neuman@aksnlaw.com

**website** | **map** | **email**

CONFIDENTIALITY NOTICE:  This email transmission, and any documents, files or previous email messages attached to it or embedded within it, may contain information that is privileged, confidential and/or exempt from disclosure under applicable law.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the information contained herein or attached hereto (including any reliance thereon) is strictly prohibited.  If you receive this transmission in error, please immediately notify the sender and destroy the material in its entirety, whether in electronic or hard copy format.  Thank you.

# Exhibit G

| | |
|---|---|
| **From:** | Zbiegien Jr., Michael J. |
| **To:** | Todd Neuman |
| **Cc:** | Larsen, Lynn Rowe; Abrams, James D.; Rick Ashton; Jeff Corcoran; Bryan, Daniel H. |
| **Subject:** | RE: Ewalt v GateHouse Media Ohio Holdings II, Inc. - deposition |
| **Date:** | Tuesday, August 3, 2021 9:50:59 AM |

Todd,

Good morning. We will look over the Rule 30(b)(6) topics.  However, as I previously noted we have a trial scheduled in another matter so August dates aren't going to work for us. In fact, we are on a standby list for the two weeks from August 23 – Sept. 3. I will get back to you regarding days in September that won't work for Lon Haenel's deposition and regarding Denise Robbins.


Mike



**Taft /**

**Michael J. Zbiegien Jr.**
Partner
mzbiegien@taftlaw.com
**Dir:** 216.706.3962  |  **Cell:** 216.375.8421
**Tel:** 216.241.2838  |  **Fax:** 216.241.3707
200 Public Square, Suite 3500
Cleveland, Ohio 44114-2302


**taftlaw.com**


This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

**From:** Todd Neuman <neuman@aksnlaw.com>
**Sent:** Monday, August 2, 2021 11:04 PM
**To:** Zbiegien Jr., Michael J. <mzbiegien@taftlaw.com>
**Cc:** Larsen, Lynn Rowe <llarsen@taftlaw.com>; Abrams, James D. <jabrams@taftlaw.com>; Rick Ashton <ashton@asnalaw.com>; Jeff Corcoran <corcoran@asnalaw.com>
**Subject:** Re: Ewalt v GateHouse Media Ohio Holdings II, Inc. - deposition


[EXTERNAL MESSAGE]
The 27th is no longer available.

Todd

Get Outlook for iOS

**From:** Todd Neuman
**Sent:** Monday, August 2, 2021 3:06:24 PM
**To:** Zbiegien Jr., Michael J. <mzbiegien@taftlaw.com>
**Cc:** Larsen, Lynn Rowe <llarsen@taftlaw.com>; Abrams, James D. <jabrams@taftlaw.com>; Rick Ashton <ashton@asnalaw.com>; Jeff Corcoran <corcoran@asnalaw.com>
**Subject:** RE: Ewalt v GateHouse Media Ohio Holdings II, Inc. - deposition


Mike,

Good afternoon.  Per our previous discussion, attached is the draft Rule 30(B)(6) deposition notice for a company

representative of the defendant. Presently we are available for this deposition on the following dates: Aug. 24, 26, 27, 30, 31, Sept 3. Please let us know by the end of the week as to availability for this deposition and then I will finalize and serve the notice. We also will be scheduling Lon Haenel's deposition, likely for a day in Sept. You previous indicated that you do not represent him. If you have days in September that will not work for Mr. Haenel's deposition please advise me at this time.

From the last deposition I understand Denise Robbins is no longer employed by Gannett/Gatehouse. Please advise if you still represent her and, if not, please provide her last known home address, email address, and cell number.

Thank you.

**ALLEN STOVALL NEUMAN & ASHTON LLP**

— ATTORNEYS —

**TODD NEUMAN**

17 South High Street
Suite 1220
Columbus, OH 43215
O: (614) 221-8500
F: (614) 221-5988
neuman@aksnlaw.com

**website | map | email**

CONFIDENTIALITY NOTICE: This email transmission, and any documents, files or previous email messages attached to it or embedded within it, may contain information that is privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the information contained herein or attached hereto (including any reliance thereon) is strictly prohibited. If you receive this transmission in error, please immediately notify the sender and destroy the material in its entirety, whether in electronic or hard copy format. Thank you.

```
 1                IN THE UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF OHIO
 2                       EASTERN DIVISION

 3                           - - -

 4   John Ewalt, et al.,            :
                                    :
 5          Plaintiffs,             :
                                    :
 6          vs.                     :    Case No.
                                    :    2:19-CV-4262
 7   GateHouse Media Ohio           :
     Holdings II, Inc., d/b/a       :
 8   The Columbus Dispatch, et al., :
                                    :
 9          Defendants.             :

10                           - - -

11        CONFIDENTIAL DEPOSITION OF ALAN D. MILLER

12                           - - -

13

14                      Friday, June 18, 2021
                        9:30 a.m.
15                      Taft Stettinius & Hollister, LLP
                        65 East State Street
16                      Suite 1000
                        Columbus, Ohio  42315
17                           - - -
                        SUSAN L. COOTS, RPR
18              REGISTERED PROFESSIONAL REPORTER
                             - - -
19

20

21

22

23              ANDERSON REPORTING SERVICES, INC.
                 3040 Dublin Road, Suite 125
                   Columbus, Ohio  43221
24                    (614) 326-0177
```

```
1    A.         The shows group.

2    Q.         What does that mean?

3    A.         Events.

4    Q.         How about Ray?

5    A.         Magazine division.

6    Q.         So you've been in journalism your whole

7    career, basically, and you graduated from a journalism

8    program in college.

9               Tell me in your own words, what does

10   journalism really stand for and mean to you?

11              MR. ZBIEGIEN:  Objection.  Form.

12   A.         To gather and disseminate information to the

13   community.

14   Q.         Do you believe that one of the principles

15   should be a full, fair, and complete disclosure?

16   That's one of the things that you're looking for to

17   occur in reporting?

18              MR. ZBIEGIEN:  Objection.  Form.

19   A.         Fairness and accuracy.

20   Q.         What does that mean, accuracy, to you?

21   Fairness and accuracy, what does that statement mean

22   to you?

23   A.         Means fact-based information.

24   Q.         As part of your role as a journalist, do you
```

1  seek to shine light when businesses are misleading the

2  public?

3           MR. ZBIEGIEN:  Objection.  Form.

4  A.        We seek facts and information and share that

5  with the public.

6  Q.        Isn't one of the things that you're seeking

7  to do is to shine a light when you feel businesses are

8  not acting appropriately with the public?

9           MR. ZBIEGIEN:  Objection.  Argumentative.

10 Form.

11 A.        We seek to cover businesses in many ways.

12 Q.        Is that one of the ways or not?

13          MR. ZBIEGIEN:  Same objection.

14 A.        As you said, we seek to be fair and accurate

15 in our reporting on all topics.

16 Q.        Do you believe that The Dispatch should act

17 honorably and ethically in dealing with its

18 subscribers?

19          MR. ZBIEGIEN:  Objection.  Foundation.

20 Form.

21 A.        We seek to serve our customers, yes.

22 Q.        You're not answering what I'm asking you.

23 I'm asking a very specific question.

24          Do you believe that The Dispatch should act

1          IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF OHIO
2                   EASTERN DIVISION

3

4     JOHN EWALT, et al.,        )
                                 )
5              Plaintiffs,       )
                                 )
6     vs.                        ) Case No. 2:19-cv-4262
                                 ) Judge Algenon L Marbley
7     GATEHOUSE MEDIA OHIO       )
      HOLDINGS II, INC.,         )
8     d/b/a THE COLUMBUS         )
      DISPATCH, et al.,          )
9                                )
               Defendants.       )
10

11

12          TRANSCRIPT DESIGNATED CONFIDENTIAL
              PURSUANT TO PROTECTIVE ORDER

13                    - - - - -
        THE DEPOSITION TRANSCRIPT OF BRADLEY M. HARMON
14               THURSDAY, JUNE 3, 2021
                      - - - - -
15

16         The deposition of BRADLEY M. HARMON, called by

17    the Plaintiffs for examination pursuant to the

18    Federal Rules of Civil Procedure, taken before me,

19    the undersigned, Jill A. Kulewsky, RPR and Notary

20    Public within and for the State of Ohio, taken at

21    the offices of Taft Stettinius & Hollister, 200

22    Public Square, Suite 3500, Cleveland, Ohio,

23    commencing at 9:31 a.m., the day and date above set

24    forth.

 1   Q   Well, that's different.  That's cancelling the

 2       whole subscription.  I'm just focused on, I

 3       don't want to cancel my subscription, but I

 4       don't want to get the premium editions anymore.

 5       Why wasn't a subscriber able to do that online

 6       if they can do all these other things online

 7       that you keep mentioning?  Why weren't they

 8       able to do that online?

 9                   MR. ZBIEGIEN:  Objection.

10   A   I don't know.

11   Q   You didn't make a conscious decision not to

12       allow that option to the subscriber to make

13       that choice online, despite all these other

14       choices they can make online?

15                   MR. ZBIEGIEN:  Objection.

16       Argumentative.

17   A   Once again, we communicated to our subscribers

18       in many forms the exact disclosure of what

19       they're receiving.

20   Q   That's not what I'm asking.

21   A   I understand.

22   Q   I know you've said that many times, and that's

23       not -- you've said it plenty.  I get what your

24       position is, but I'm not asking about that