# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **JOHN EWALT, et al.,** | Case No. 2:19-cv-4262 |
| Plaintiffs, | Chief Judge Algenon L. Marbley |
| v. | Magistrate Judge Kimberly A. Jolson |
| **GATEHOUSE MEDIA OHIO HOLDING II, INC., d/b/a THE COLUMBUS DISPATCH, et al.,** | |
| Defendants. | |

## ORDER

This matter is before the Court on Defendant GateHouse Media Ohio Holdings II, Inc.'s Motion to Clarify (Doc. 132). Defendant requests to review the call logs (Racki Declaration Exhibits 2–4 and Hunshikatti Declaration Exhibits 7–10), line by line, and redact the private personal information of subscribers. (*Id.*). This information includes credit card numbers, expiration dates, and other private personal information. (*Id.*). Consistent with the Court's prior reasoning regarding private personal information (Doc. 128 at 3–4), the Court **GRANTS** Defendant's Motion to redact private personal information from the call logs. The Court **GRANTS** Defendant's request to extend its time to comply with the Court's Order (Doc. 128) by seven (7) days from the date of this Order. Defendant is **ORDERED** to comply by November 3, 2021.

IT IS SO ORDERED.

Date:  October 27, 2021                    /s/ Kimberly A. Jolson
                                           KIMBERLY A. JOLSON
                                           UNITED STATES MAGISTRATE JUDGE