# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| John Ewalt, et al. | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 2:19-cv-4262 |
| Franklin County, et al. | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Judgment is entered pursuant to Opinion and Order entered on March 26, 2024.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____.

Date: 3/26/24

CLERK OF COURT

*Signature of Clerk or Deputy*